**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kent Jensen,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Federal Bureau of Prisons,<br><br>　　　　　Respondent. | No. CV-22-01881-PHX-JAT<br><br>**ORDER** |

　　　　Pending before the Court is Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The Magistrate Judge to whom this case was assigned issued a Report and Recommendation (R&R) (Doc. 12) recommending that this Court deny the Petition as moot.

　　　　This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions of the [Magistrate Judge's] recommendations to which the parties object."). District courts are

1  not required to conduct "any review at all . . . *of any issue* that is not the subject of an
2  objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C.
3  § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the [report
4  and recommendation] to which objection is made.").
5      Neither party has filed objections to the R&R.  Therefore, the Court hereby accepts
6  the R&R.
7      Accordingly,
8      **IT IS ORDERED** that the Report and Recommendation (Doc. 12) is accepted; the
9  Petition is denied as moot and the Clerk of the Court shall enter judgment accordingly.
10     **IT IS FURTHER ORDERED** that a certificate of appealability is not required.
11 *See Forde v. U.S. Parole Comm'n,* 114 F.3d 878, 879 (9th Cir. 1997).
12     Dated this 23rd day of August, 2023.

James A. Teilborg
Senior United States District Judge